**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JON E. HOKANSON, SB# 118829
E-Mail: hokanson@lbbslaw.com
KENNETH D. WATNICK, SB# 150936
E-Mail: watnick@lbbslaw.com
221 N. Figueroa Street Suite 1200
Los Angeles, CA 90012
Telephone (213) 680-5050
Facsimile: (213) 250-7900

Attorneys for *Defendant and Counter-Claimant* VIZIO, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

MAN MACHINE INTERFACE TECHNOLOGIES, LLC., a California corporation,

Plaintiffs,

vs.

VIZIO, INC., a California corporation, and PANASONIC CORPORATION OF NORTH AMERICA, a Delaware corporation,

Defendants.

AND RELATED COUNTERCLAIMS

Case No. SACV10-00634 AG (MLGx)
*Hon. Andrew J. Guilford*

**DEFENDANT AND COUNTERCLAIMANT VIZIO, INC.'S ANSWER TO COMPLAINT FOR INFRINGEMENT OF UNITED STATES PATENT 6,069,614; AND COUNTERCLAIMS**

Action Filed: May 11, 2010

Defendant, and Counterclaimant VIZIO, INC. ("Vizio") by its attorneys, answer the averments made in the numbered paragraphs of the Complaint for Infringement of United States Patent No. 6,069,614 ("Complaint") served by

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

Plaintiff and Counterclaim Defendant, MAN MACHINE INTERFACE TECHNOLOGIES, LLC ("Plaintiff" or "MMIT").

Nothing in this Answer to the Complaint, Affirmative Defenses and Counterclaims is intended to be nor should be deemed to be a waiver of the attorney-client privilege or the work product privilege with respect to Defendant and Counterclaimant Vizio.

In response to all paragraphs of Plaintiff's Complaint, each and every allegation except as expressly admitted herein is denied. Specific responses to Plaintiff's averments are as follows:

## PARTIES

1. Vizio denies knowledge or information sufficient to form a belief as to the truth of allegations in paragraph 1 of the Complaint.

2. Vizio admits the allegations contained in paragraph 2 of the Complaint.

3. Vizio denies knowledge or information sufficient to form a belief as to the truth of allegations in paragraph 3 of the Complaint.

## JURISDICTION AND VENUE

4. Vizio admits the allegations contained in paragraph 4 of the Complaint.

5. Vizio denies venue is proper in this judicial district under 28 U.S.C. 1400(a) but admits venue is proper in this judicial district under 28 U.S.C. 1391(c) and 1400(b) regarding the allegations in paragraph 5 of the Complaint.

6. Vizio admits that United States Patent No. 6,069,614 ("the Patent" or "the '614 Patent"), is entitled "Man Machine Interface Via Display Peripheral," was issued on May 30, 2000, that a Reexamination Certificate to this effect was issued on October 7, 2008, and that a copy of the Patent, with its Reexamination Certificate was attached as Exhibit A to the Complaint. Vizio denies each remaining allegation in paragraph 6 of the Complaint.

7. Vizio denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 7 of the Complaint.

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800



LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

## CLAIM FOR PATENT INFRINGEMENT AGAINST VIZIO

8. Vizio realleges and incorporates by reference in paragraph 1 through 7 of this Answer to the Complaint as though fully set forth herein.

9. Vizio denies the allegations in paragraph 9 of the Complaint.

10. Admits that Vizio has provided user manuals, owner guides, and other materials relating to the operation and use of its televisions. Denies each of the remaining allegations of paragraph 10 of the Complaint.

11. Vizio denies the allegations in paragraph 11 of the Complaint.

12. Vizio denies the allegations in paragraph 12 of the Complaint.

13. Vizio denies the allegations in paragraph 13 of the Complaint.

14. Vizio denies the allegations in paragraph 14 of the Complaint.

## CLAIM FOR PATENT INFRINGEMENT AGAINST PANASONIC

15. Vizio realleges and incorporates by reference paragraphs 1 through 7 of this Answer to the Complaint as though fully set forth herein.

16. Vizio denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 16 of the Complaint.

17. Vizio denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 17 of the Complaint.

18. Vizio denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 18 of the Complaint.

19. Vizio denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 19 of the Complaint.

20. Vizio denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 20 of the Complaint.

21. Vizio denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 21 of the Complaint.

//

//

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

**RESPONSE TO PRAYER FOR RELIEF**

22. Vizio denies that Plaintiff is entitled to any of the relief it seeks in the Prayer for Relief.

**AFFIRMATIVE DEFENSES**

Further answering Plaintiff's Complaint, Vizio alleges as follows:

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Claim)**

23. The Complaint fails to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

**(Noninfringement of the '614 Patent)**

24. Vizio has not infringed, is not infringing, and will not infringe any valid and enforceable claim of the '614 Patent asserted by Plaintiff in the Complaint.

**THIRD AFFIRMATIVE DEFENSE**

**(Invalidity of the '614 Patent)**

25. The '614 Patent is invalid due to Plaintiff's failure to comply with one or more of the provisions of the Patent Act, 35 U.S.C. § 101 et seq., including, but not limited to, for example, the respective provisions of 35 U.S.C. §§ 102, 103, and/or 112.

**FOURTH AFFIRMATIVE DEFENSE**

**(Laches)**

26. Plaintiff is barred from asserting the infringement claim set forth in the Complaint under the equitable doctrines of laches, unclean hands, judicial estoppel and equitable estoppel.

//

//

//

//

//

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

## COUNTERCLAIMS

## JURISDICTION AND VENUE

1. This is an action for declaratory judgment of non-infringement, invalidity and other relief under 28 U.S.C. §§ 2201 and 2202. The Court has jurisdiction of this action under 28 U.S.C. §§ 1331 and 2201(a). An actual case and controversy within the meaning of 28 U.S.C. § 2201 exists between Counterclaimant and Counterclaim-defendant with respect to the validity, infringement and enforceability of United States Patent No. 6,069,614 under 35 U.S.C. § 101 et seq.

2. Venue in this district is proper and is based on 28 U.S.C. §§ 1391 and 1400(a).

## THE PARTIES

3. Counterclaimant Vizio, Inc. ("Vizio") is a corporation organized under the laws of California and has a place of business at 39 Tesla, Irvine, California 92618.

4. On information and belief, based on the allegations in the Complaint, counterclaim-defendant Man Machine Interface Technologies, LLC ("MMIT") is organized under the laws of California, having a place of business in Torrance, California, within this judicial district.

5. On information and belief, MMIT has done and is doing business in this district and the acts complained of have occurred in whole or in part in this district.

## FIRST COUNTERCLAIM

## (Declaratory Judgment of Non-Infringement of the '614 Patent)

6. Vizio realleges each and every allegation set forth in paragraphs 1 through 5 above as if fully set forth herein.

7. Vizio has not infringed, and is not infringing, whether directly, contributorily, by inducement, or otherwise, any valid claim of the '614 Patent.

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

8. Vizio is therefore entitled to declaratory judgment that it has not infringed claim of the '614 Patent.

## SECOND COUNTERCLAIM

**(Declaratory Judgment of Invalidity of the '614 Patent)**

9. Vizio realleges each and every allegation set forth in paragraphs 1 through 8 above as if fully set forth herein.

10. On information and belief, the '614 Patent is invalid for failure to comply with one or more of the provisions of the Patent Act, 35 U.S.C. §101, et seq., including, but not limited to, for example, the respective provisions of 35 U.S.C. §§ 102, 103, and/or 112.

11. Vizio is therefore entitled to declaratory judgment that the '614 Patent is invalid.

## PRAYER FOR RELIEF

**WHEREFORE**, Defendant Vizio, respectfully requests that this Court grant judgment in its favor, and award Vizio the following relief:

1. Enter judgment dismissing the Complaint with prejudice;

2. Enter judgment sustaining Vizio's affirmative defenses;

3. Enter judgment declaring that U.S. Patent No. 6,069,614 is invalid, unenforceable and not infringed by Vizio;

4. Denying Counterclaim-defendant any legal or equitable relief on the '614 Patent;

5. Enter an order enjoining and restraining Counterclaim-defendant, its directors, officers, agents, servants, employees, attorneys successors, assigns, customers, other transferees, and those persons in active concert, participation or privity with those who receive actual notice of the injunction by personal service or otherwise, from charging or asserting that Vizio, its agents, vendors, suppliers, customers, or any other in privity with it have infringed or are infringing U.S. Patent No. 6,069,614, or have used or are using any alleged invention claimed therein;

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

6. Grant Vizio its costs and expenses for this action and its reasonable attorneys' fees in this matter; and,

7. Grant Vizio such other and further relief in law and equity to which Vizio may be justly entitled.

DATED: November 11, 2010 LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/Jon E. Hokanson
Jon E. Hokanson
Kenneth D. Watnick
Attorneys for *Defendant and Counterclaimant* VIZIO, INC.

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800