JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | SACV 10-0634-AG(MLGx) | Date | April 5, 2012 |
| Title: | MAN MACHINE INTERFACE TECHNOLOGIES, LLC v VIZIO, INC, ET AL | | |

Present: The Honorable    ANDREW J. GUILFORD

| Lisa Bredahl | Denise Paddock |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Robert Schroeder | Jon Hokanson, Thomas Kidde |

_____ Day Court Trial    3rd _____    _____ Day Jury Trial

_____ One day trial:    _____ Begun (1ˢᵗ day);    _____ Held & Continued;    _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

_____ Witnesses called, sworn and testified.    _____ Exhibits Identified    _____ Exhibits admitted.

_____ Plaintiff(s) rest.    _____ Defendant(s) rest.

_____ Closing arguments made by    _____ plaintiff(s)    _____ defendant(s).    _____ Court instructs jury.

_____ Bailiff(s) sworn.    _____ Jury retires to deliberate.    _____ Jury resumes deliberations.

_____ Jury Verdict in favor of    _____ plaintiff(s)    _____ defendant(s) is read and filed.

_____ Jury polled.    _____ Polling waived.

_____ Filed Witness & Exhibit Lists    _____ Filed jury notes.    _____ Filed jury instructions.

_____ Judgment by Court for _____    _____ plaintiff(s)    _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by    _____ plaintiff(s)    _____ defendant(s).

_____ Case submitted.    _____ Briefs to be filed by _____

_____ Motion to dismiss by _____ is    _____ granted.    _____ denied.    _____ submitted.

_____ Motion for mistrial by _____ is    _____ granted.    _____ denied.    _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____ is    _____ granted.    _____ denied.    _____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

_____ Case continued to _____ for further trial/further jury deliberation.

X_ Other:    Court and counsel confer.  Matter is settled.  Jury is discharged.

_____ 0 _____ : _____ 45 _____

Initials of Deputy Clerk    lmb

cc: