UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES CLOSING

Case No.  <u>SACV 10-0634-AG(MLGx)</u>           Date: <u>April 24, 2012</u>

Title:  <u>MAN MACHINE INTERFACE TECHNOLOGIES LLC v VIZIO INC, ET AL</u>

Present  <u>ANDREW J. GUILFORD</u>, United States District Court Judge

<u>    Lisa Bredahl    </u>          <u>    Not Present    </u>
Deputy Clerk                 Court Reporter

--------------------------------------------------------------------------------------------------------

Attorneys for Plaintiff                    Attorneys for Defendant

Not Present                                Not Present

--------------------------------------------------------------------------------------------------------

Proceedings:        ☐ In Court       X In Chambers       ☐ Counsel Notified

☐  Case previously closed in error.  Make JS-5.

X  Case should have been closed on entry dated 4/5/12.  Make JS-6.

☐  Case settled but may be reopened if settlement is not consummated within <u>  </u> days.  Make JS-6.

☐  Other<u>                        </u>.

☐  Entered <u>                        </u>.

CV-74 (08/97)                              Initials by Deputy Clerk   <u>  lmb  </u>